# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00560-CV

---

**In re Jason Neil Kosier**

---

### ORIGINAL PROCEEDING FROM BELL COUNTY

---

### M E M O R A N D U M   O P I N I O N

A jury convicted relator Jason Neil Kosier of the misdemeanor offense of deadly conduct, and on July 24, 2024, the district court sentenced him to 100 days' confinement in the Bell County Jail. *See* Tex. Penal Code 22.05(a), (e). Kosier filed a notice of appeal from his conviction, which this Court docketed under appellate cause number 03-24-00331-CR and is currently pending.

On August 22, 2024, Kosier filed in the trial court a petition for writ of habeas corpus and motion for emergency relief, asserting that he is being illegally detained for the convicted offense and demanding that the trial court schedule an emergency hearing before August 31, 2024, which he asserts is his "projected release date," and order his immediate release from jail.[1] Less than one week later, Kosier filed the same documents in this Court, complaining of the trial court's failure to timely "answer" his petition and demanding that this Court order Kosier's immediate release from jail and dismiss the case against him.

---

[1] We do not know if Kosier was released from jail on August 31, 2024, or remains confined.

Kosier is requesting habeas-corpus relief. *See* Tex. Code Crim. Proc. art. 11.01 ("The writ of habeas corpus is the remedy to be used when any person is restrained in his liberty."). However, "[t]he courts of appeals have no original habeas-corpus jurisdiction in criminal matters." *In re Ayers*, 515 S.W.3d 356, 356 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding). "Our habeas corpus jurisdiction in criminal matters is appellate only." *In re Hall*, No. 03-17-00778-CV, 2017 WL 5985541, at *1 (Tex. App.—Austin Nov. 30, 2017, orig. proceeding) (citing Tex. Gov't Code § 22.221). Accordingly, we dismiss for want of jurisdiction the petition for writ of habeas corpus and motion for emergency relief. *See id*.

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed for Want of Jurisdiction

Filed:   September 6, 2024

2